[No. 47919-9-I. Division One. February 11, 2002.]

*In the Matter of the Marriage of* AMINEH A. AYYAD, *Appellant,* and MOHAMMAD RASHID, *Respondent.*

Appeal from judgments of the Superior Court for King County, No. 92-3-07124-3, J. Kathleen Learned, J., and Jacqueline L. Jeske, J. Pro Tem., entered December 13, 2000 and January 10, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 47997-1-I. Division One. February 11, 2002.]

EDWARD BRIGHTON, ET AL., *Appellants,* v. PHILLIP BALLARD, ET AL., *Respondents.*

Appeal from judgments of the Superior Court for King County, No. 99-2-11122-2, Palmer Robinson, J., entered November 17 and December 15, 2000. *Affirmed in part* and *reversed in part* by unpublished opinion per Becker, A.C.J., concurred in by Grosse and Appelwick, JJ.

[No. 48115-1-I. Division One. February 11, 2002.]

THE STATE OF WASHINGTON, *Respondent,* v. ERIC WYATT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 00-8-02905-7, Julie Spector, J., entered February 5, 2001. *Affirmed in part, reversed in part,* and *remanded* by unpublished per curiam opinion.

[No. 48226-2-I. Division One. February 11, 2002.]

*In the Matter of the Marriage of* JON ERIK GRIGSBY, *Respondent,* and DONNA RICE, *Appellant.*

Appeal from a judgment of the Superior Court for Island County, No. 00-3-00141-8, Vickie I. Churchill, J., entered February 28, 2001. *Affirmed in part* and *reversed in part* by unpublished opinion per Grosse, J., concurred in by Agid, C.J., and Cox, J. Now published at 112 Wn. App. 1.